**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ALL ASSETS HELD IN THE NAME OF THE CENTRAL BANK OF IRAN (BANK MARKAZI) AT BANK OF NEW YORK MELLON, INCLUDING APPROXIMATELY $2,400,000,<br><br>Defendant. | **Case No. 1:26-cv-00807 (JMC)**<br><br>**JOINT VERIFIED NOTICE OF CLAIM BY THE HERNANDEZ FAMILY ($2.4M BANK MARKAZI ACTION)** |

## JOINT VERIFIED NOTICE OF CLAIM

Pursuant to **Supplemental Rule G(5) of the Federal Rules of Civil Procedure** and **28 U.S.C. § 1610**, the following Claimants (the "Hernandez Collective") hereby assert their interest in the defendant property:

**CLAIMANTS:**

1. ESLYN JOSEPH HERNANDEZ JR. — 174 Chestnut Street, Albany, NY 12210
2. ESLYN HERNANDEZ SR. — 167 Foggintown Rd., Brewster, NY 10509
3. STEPHANIE HERNANDEZ — 167 Foggintown Rd., Brewster, NY 10509

**NATURE OF INTEREST:**

Claimants are judgment creditors holding final awards against the **Islamic Republic of Iran** arising from the September 11, 2001 terrorist attacks, entered in the Southern District of New York in *Burnett, et al. v. The Islamic Republic of Iran*, Case No. 1:15-cv-09903 (GBD) (SN). The judgments were certified as final under Federal Rule of Civil Procedure 54(b) *nunc pro tunc* on March 18, 2026 (ECF No. 11879 (Mar. 18, 2026)). The individual certified awards are: Eslyn Joseph Hernandez Jr. holds a certified solatium and compensatory damages judgment of $8,500,000 as Child of Claribel Hernandez, 9/11 victim. Eslyn Hernandez Sr. holds a certified solatium and compensatory damages judgment of $12,500,000 as Spouse of Claribel

Hernandez, 9/11 victim. Stephanie Hernandez holds a certified solatium and compensatory damages judgment of $8,500,000 as Child of Claribel Hernandez, 9/11 victim. The aggregate judgment for these three claimants is $29,500,000 in compensatory damages, plus statutory post-judgment interest accruing at 4.96% per annum. The judgments remain unsatisfied.

**JUDGMENT REGISTRATION:**

The Hernandez Collective's certified terrorism judgments from the Southern District of New York have been duly registered in this District pursuant to 28 U.S.C. § 1963. *See Hernandez v. Islamic Republic of Iran, No. 1:26-mc-00048 (D.D.C. Apr. 21, 2026).* The registration was processed and entered by the Clerk of this Court, thereby conferring upon this Court the same enforcement powers as if the judgment had been originally rendered here. *See* 28 U.S.C. § 1963 ("A judgment so registered shall have the same effect as a judgment of the district court of the district where registered and may be enforced in like manner.").

**STATUTORY BASIS FOR CLAIM:**

The defendant property (all assets held in the name of the Central Bank of Iran (Bank Markazi) at Bank of New York Mellon, including approximately $2,400,000) represents an asset of a foreign state sponsor of terrorism (Iran) and its agency/instrumentality (Bank Markazi, a Specially Designated National (SDN) under Executive Orders 13382 and 13599), subject to attachment and execution under the Terrorism Risk Insurance Act (TRIA) § 201(a) and 28 U.S.C. § 1610(g) to satisfy the aforementioned judgments.

Claimants assert their interest pursuant to **TRIA § 201(a)** and **28 U.S.C. § 1610(g)**, which provide that blocked assets of a terrorist party and its agencies or instrumentalities are subject to execution or attachment in aid of execution to satisfy compensatory damages judgments held by terrorism victims.

Dated: April 27, 2026

I, **ESLYN JOSEPH HERNANDEZ JR.**, declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct and that I assert an interest in the defendant property.

**Eslyn Joseph Hernandez Jr.,** ***Pro Se***
174 Chestnut Street
Albany, NY 12210
Tel: (917) 579-7925
Email: hernandezeslyn@gmail.com

I, **ESLYN HERNANDEZ SR.**, declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct and that I assert an interest in the defendant property.

**Eslyn Hernandez Sr.,** ***Pro Se***
167 Foggintown Rd.
Brewster, NY 10509

I, **STEPHANIE HERNANDEZ**, declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct and that I assert an interest in the defendant property.

**Stephanie Hernandez,** ***Pro Se***
167 Foggintown Rd.
Brewster, NY 10509