**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>c/o U.S. Attorney's Office<br>601 D Street, NW<br>Washington, DC 20530<br><br>Plaintiff,<br><br>v.<br><br>$2,400,000 in funds on deposit at the U.S. Treasury, Account No. ****8183,<br><br>Defendant *in rem*. | Civil Action No. 1:26-cv-807-JMC<br><br>**VERIFIED CLAIM AND STATEMENT OF INTEREST OF IRANIAN TERRORISM VICTIMS** |

**VERIFIED CLAIM AND STATEMENT OF INTEREST OR RIGHT IN PROPERTY SUBJECT TO FORFEITURE *IN REM***

Claimants are victims of devastating acts of state-sponsored terrorism perpetrated by the Islamic Republic of Iran (the "Iranian Terrorism Victims").[1] Having endured indescribable loss of life and grievous injury at Iran's hands, the Iranian Terrorism Victims collectively hold judgments against Iran totaling $1,456,372,956 in compensatory damages, awarded under 28 U.S.C. § 1605A and its predecessor statute, 28 U.S.C. § 1605(a)(7). Iran has refused to appear in any of the lawsuits against it and has not satisfied any portion of the amounts owed.

The United States has seized approximately $2,400,000 in funds now on deposit at the U.S. Treasury (the "Defendant Property") in connection with transactions conducted by and for the benefit of an agency or instrumentality of Iran. The Terrorism Risk Insurance Act of 2002 ("TRIA"), Pub. L. No. 107-297, 116 Stat. 2322, codified at 28 U.S.C. § 1610 note, expressly authorizes the Iranian Terrorism Victims to attach and execute on blocked assets of Iran or its

[1] A full list of Claimants and the compensatory damages they have been awarded is included as Attachment A to the Verification of the Iranian Terrorism Victims' Claims.

agencies or instrumentalities, "notwithstanding any other provision of law," to satisfy their outstanding compensatory damages judgments. The Iranian Terrorism Victims' statutory entitlement to the Defendant Property is superior to the Government's forfeiture claim.

The Iranian Terrorism Victims hereby submit their Verified Claims pursuant to Federal Rules of Civil Procedure G(5) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions ("Rule G").

In support of their Verified Claims, the Iranian Terrorism Victims state as follows:

## I. The Iranian Terrorism Victims Have Been Awarded Millions in Damages Against Iran.

1. The Iranian Terrorism Victims are 387 individuals who are direct victims or the surviving family members of victims of Iranian-sponsored terrorism, or the estates thereof.

2. Each of the Iranian Terrorism Victims holds an enforceable judgment against Iran that was entered because of Iran's sponsoring acts of terrorism.

### A. 1983 and 1984 U.S. Embassy and Embassy Annex Bombings in Beirut, Lebanon

3. In 1983 and 1984, Iran-sponsored terrorists murdered and injured American servicemembers and embassy employees stationed in Beirut, Lebanon in two terrorist attacks on the U.S. Embassy and U.S. Embassy Annex, respectively (the "Beirut Embassy Attacks").[2] Iran provided material support and resources to the terrorists to carry out those attacks.[3]

---

[2] *See e.g., Doe v. Islamic Republic of Iran*, 808 F.Supp.2d 1, 7-9 (D.D.C. 2011).

[3] *Id.* at 16 ("[T]his Court concludes that [Islamic Republic of Iran and its Ministry of Information and Security] provided 'material support and resources' to Hizbollah in carrying out both the April 18, 1983 and the September 20, 1984 attacks on the U.S. Embassy and Embassy Annex in Beirut, Lebanon.").

4. On May 9, 2013, the D.C. District Court awarded a default judgment against Iran in *Doe v. Islamic Republic of Iran*, 1:08-cv-00540 (D.D.C.), that judgment included awarding the Iranian Terrorism Victims $1,126,539,000 in compensatory damages and $299,999,998.08 in punitive damages, for a total judgment amount of $1,426,538,998.08.[4]

5. On November 15, 2017, another group of Iranian Terrorism Victims from the Beirut Embassy Attacks (the "Smith Plaintiffs") moved to intervene in *Barry et al v. Islamic Republic of Iran*, No. 1:16-cv-01625 (D.D.C.).[5] On February 4, 2020, the D.C. District Court awarded the Smith Plaintiffs $1,525,753,447.00 in compensatory damages.[6]

6. On June 13, 2022, the D.C. District Court awarded a default judgment against Iran in favor of the plaintiffs in *Jones v. Islamic Republic of Iran*, No. 20-cv-00850 (D.D.C.), and awarded the Iranian Terrorism Victims in that case over $412,174,467 in compensatory damages and $15,246,333.91 in punitive damages.[7] On October 26, 2022, the court awarded $12,729,910 in compensatory damages and $470,879.37 in punitive damages to four additional Iranian Terrorism Victims as to whom the district court had previously reserved judgment.[8]

---

[4] Order at 19, *Doe v. Islamic Republic of Iran*, 1:08-cv-00540 (D.D.C. May 9, 2013), Dkt. 107.

[5] *See generally* Complaint of John Smith in Intervention, *Barry et al v. Islamic Republic of Iran*, No. 1:16-cv-01625 (D.D.C.), Dkt. 17.

[6] *See Barry v. Islamic Republic of Iran*, 437 F. Supp. 3d 15, 63 (D.D.C. 2020).

[7] Mem. Opinion at 54, *Jones v. Islamic Republic of Iran*, No. 20-cv-00850 (D.D.C. June 13, 2022), Dkt. 43.

[8] Order at 5, *Jones v. Islamic Republic of Iran*, No. 20-cv-00850 (D.D.C. October 26, 2022), Dkt. 53.

**B. 1984 Beirut, Lebanon Kidnappings**

7. On or about November 30, 1984, Iran-sponsored terrorists abducted Peter Kilburn, a librarian at the American University of Beirut, from his Beirut apartment.[9] During Mr. Kilburn's captivity, his captors sold him to another terrorist cell between April 14 and 17, 1986.[10] On April 17, 1986, sixteen months after his abduction, the terrorists executed Peter Kilburn and left his body on the side of the road outside Beirut.[11]

8. On June 12, 2001, Peter Kilburn's family and his estate brought suit against Iran for Iran's role in his abduction and murder. The D.C. District Court entered a default judgment against Iran and in favor of the Kilburns and on March 30, 2010, awarded them, collectively, $11,030,000 in compensatory damages.[12]

**C. 1998 East Africa Embassy Bombings**

9. On August 7, 1998, Iran-sponsored terrorists simultaneously bombed the U.S. embassies in Dar es Salaam, Tanzania; and Nairobi, Kenya; killing hundreds and injuring thousands (the "East Africa Embassy Bombings").[13] Iran deliberately provided material support to the terrorists' planning, recruitment, and training activities and equipped them to carry out the East Africa Embassy Bombings.[14]

---

[9] *Kilburn v. Islamic Republic of Iran*, 699 F. Supp. 2d 136, 139 (D.D.C. 2010).

[10] *Id.* at 144.

[11] *Id.*

[12] *Id.* at 157-158.

[13] *Owens v. Republic of Sudan*, 826 F. Supp. 2d 128, 132 (D.D.C. 2011).

[14] *Id.* at 135-139.

10. Several suits against both Iran and the Republic of Sudan (which also provided support to the terrorists) on behalf of the victims and their estates (including the Iranian Terrorism Victims) followed.

11. On May 9, 2012, the Iranian Terrorism Victims (there, the "Aliganga Plaintiffs") intervened in the case styled *Owens et al v. Republic of Sudan, et al*, No. 1:01-cv-02244 (D.D.C.) and brought claims against Iran, along with other defendants, for Iran's role in supporting the East Africa Embassy Bombings.[15]

12. Having previously issued a default judgment against Iran, on October 24, 2014; the district court entered an order that awarded the Iranian Terrorism Victims, collectively, $283,809,867 in compensatory damages.[16]

## II. The Iranian Terrorism Victims Are Entitled To Enforce Their Judgments.

13. The Iranian Terrorism Victims are all judgment-holders—either directly or as the estate, heir, or other beneficiary or successor-in-interest of the original judgment holder—in the above actions.

14. In total, the Iranian Terrorism Victims have been awarded $1,456,372,956 in compensatory damages. These judgments were entered to provide justice and compensation to the direct victims and family members of victims of Iran's sponsorship of, and direct responsibility for, devastating acts of terrorism. These judgments continue to accrue post-judgment interest pursuant to 28 U.S.C. § 1961, and Iran has not satisfied any portion of the amounts owed.

[15] *See* Complaint in Intervention, *Owens et al v. Republic of Sudan, et al*, No. 1:01-cv-02244 (D.D.C. May 9, 2012). Dkt. 226.

[16] Amended Order, *Owens et al v. Republic of Sudan, et al*, No. 1:01-cv-02244 (D.D.C. October 24, 2014). Dkt. 349.

15. The Iranian Terrorism Victims and the damages they have each been awarded are listed in Attachment A to the Verification of their Claims.

**III. The Defendant Property's Connection to Iranian-sponsored Terrorism**

16. The Complaint alleges that Iran has used a global network of companies and intermediaries led by Mohammad Hossein Shamkhani ("Hossein Shamkhani") (with the entities Hossein Shamkhani controls, the "Shamkhani Network") to evade U.S. sanctions by facilitating the international sale and shipment of Iranian petroleum products.

17. Hossein Shamkhani is "the son of Ali Shamkhani, a top political advisor to the [former] Supreme Leader of Iran."[17]

18. On July 30, 2025, the U.S. Department of the Treasury, Office of Foreign Assets Controls ("OFAC") designated Hossein Shamkhani, over fifty individuals and entities, and more than fifty vessels that are part of the vast shipping empire controlled by Hossein Shamkhani, finding that Hossein Shamkhani "leverages corruption through his father's political influence at the highest levels of the Iranian regime to build and operate a massive fleet of tankers and containerships."[18]

19. The Shamkhani Network comprises a vast fleet of vessels, ship management firms, and front companies that launder billions in profits from global sales of Iranian crude oil and other petroleum products. The Shamkhani Network deals directly and indirectly with the National Iranian Oil Company ("NIOC"), sources products from NIOC, generates revenue for businesses

---

[17] Press Release, U.S. DEPARTMENT OF THE TREASURY, *Treasury Takes Massive Action Against High-Profile Iranian Network* (July 30, 2025), *available at:* https://home.treasury.gov/news/press-releases/sb0215.

[18] *Id.*

owned and controlled by the Government of Iran, employs a significant number of support staff in Iran, and operates for the benefit of Iran and the Iranian government.

20. The Shamkhani Network conducts billions of dollars in transactions every year, a substantial portion of which are denominated in U.S. dollars and processed through U.S. correspondent banks. The Shamkhani Network is therefore an agency or instrumentality of Iran within the meaning of Section 201(a) of TRIA.[19]

21. The Complaint further alleges that SEA LEAD and its affiliate SEA LEAD INDIA are companies within the Shamkhani Network that were specifically designed to serve as "green" layer entities—companies with the fewest apparent links to Iran—to allow the network to access legitimate international banking and shipping channels. Despite their outward appearance of legitimacy, SEA LEAD and SEA LEAD INDIA are controlled by Shamkhani and his brother, and their business is intertwined with sanctioned Shamkhani Network entities. The Shamkhani Network uses a system it calls the "exchange house," in which Iranian-origin oil is traded on paper through layers of shell companies—from "black" (directly connected to Iran) to "gray" (intermediate) to "green" (facially legitimate)—using falsified documents and fraudulent

---

[19] While "TRIA provides no definition of 'agency or instrumentality,'"

> [the] Second and Eleventh Circuits have addressed the issue, determining that 'an entity can be an agency or instrumentality of a terrorist party for TRIA purposes in three ways: the entity (1) was a means through which a material function of the terrorist party is accomplished, (2) provided material services to, on behalf of, or in support of the terrorist party, *or* (3) was owned, controlled, or directed by the terrorist party.'

*U.S. v. Cristian Fernando Gutierrez-Ochoa*, 2026 WL 1157964, at *8 (D.D.C. Apr. 29, 2026) (quoting *Kirschenbaum v. Assa Corp.*, 934 F.3d 191, 199 (2d Cir. 2019)). Courts in this district have applied the definitions adopted by the Second and Eleventh Circuit. *See id.*; *see also Stansell v. Revolutionary Armed Forces of Colom. (Farc)*, 2019 WL 4040680, at *3-4 (D.D.C. Aug. 26, 2019) (adopting the Eleventh Circuit's definition).

representations to banks and counterparties to disguise the products' Iranian origin. SEA LEAD and SEA LEAD INDIA perform critical roles in this scheme by serving as the final, ostensibly clean link in the chain through which sanctioned Iranian petroleum products enter legitimate commerce. This further demonstrates the Shamkhani Network, SEA LEAD, and SEA LEAD INDIA are agencies or instrumentalities of Iran.[20]

22. The core function of the Shamkhani Network is to facilitate and monetize the export of Iranian petroleum on behalf of Iran's state-controlled oil sector. Under the Iranian constitution and Iran's Oil Law, the country's petroleum resources are owned by the state and administered through the Ministry of Petroleum ("MOP") and its subsidiaries, including NIOC. The Shamkhani Network operates as a mechanism through which Iran carries out the export and monetization of these state-owned petroleum resources, using a coordinated system of front companies, shipping firms, and financial intermediaries to sell and transport Iranian petroleum products through international markets in circumvention of U.S. sanctions.

23. NIOC is responsible for the exploration, production, refining, and export of Iranian oil and petroleum products. The Shamkhani Network serves as an extension of that state-controlled apparatus by facilitating the sale and distribution of Iranian petroleum abroad. Indeed, OFAC has found that the distribution of Iranian oil through the NIOC oil "helps to finance Iran's Islamic Revolutionary Guard Corps-Qods Force (IRGC-QF) and its terrorist proxies."[21]

---

[20] *See, e.g., Holladay v. Islamic Republic of Iran*, 406 F. Supp. 3d 55, 59-60 (D.D.C. 2019); *see also Estate of Fishbeck v. Islamic Republic of Iran*, 2021 WL 6808189, at *3 (D.D.C. Mar. 1, 2021).

[21] Press Release, U.S. DEPARTMENT OF THE TREASURY, *Treasury Targets International Network Supporting Iran's Petrochemical and Petroleum Industries*, (Jan. 23, 2020), *available at*: https://home.treasury.gov/news/press-releases/sm885.

24. OFAC designated NIOC pursuant to Executive Order 13224 for "having materially assisted, sponsored, or provided financial, material, or technological support for, or goods or services in support of, the IRGC-QF."[22] The IRGC and IRGC-QF have been designated as Foreign Terrorist Organizations under Section 219 of the Immigration and Nationality Act.[23] Revenues generated from the export and distribution of Iranian petroleum products are a primary source of funding for the IRGC-QF and its terrorist proxies abroad.[24] As the U.S. Department of the Treasury's Financial Crimes Enforcement Network stated in June 2025, "Iran's oil and petroleum exports remain a major source of revenue for the regime, and the main source of revenue for its armed forces and terrorist partners and proxies." Iran's budget allots billions of dollars' worth of Iranian oil to the IRGC-QF for sale on the international market to supplement its budget, and the IRGC-QF uses the proceeds to fund weapons development and terrorist activity.

---

[22] Press Release, U.S. DEPARTMENT OF THE TREASURY, *Treasury Sanctions Key Actors in Iran's Oil Sector for Supporting Islamic Revolutionary Guard Corps-Qods Force*, (Oct. 26, 2020), *available at*: https://home.treasury.gov/news/press-releases/sm1165; *see also Estate of Hartwick v. Islamic Republic of Iran*, 2021 WL 6805391, at *5 (D.D.C. Oct. 1, 2021) (discussing evidence "indicating that NIOC diverts portions of its revenues to support terrorism and the IRGC's extraterritorial operations."); *see also U.S. v. $601,426.19 of Funds Associated with Dynapex Energy Ltd.*, 2024 WL 4854310, at *3 (D.D.C. Nov. 21, 2024) ("The Department of the Treasury reported to Congress that the National Iranian Oil Company (NIOC) was an 'agent or affiliate' of the IRGC, and part of the IRGC's broader financial enterprise … OFAC has stated that NIOC's oil business 'helps to finance [IRGC-QF] and its terrorist proxies.'") (citations omitted).

[23] *See* Press Release, U.S. DEPARTMENT OF STATE, *Designation of the Islamic Revolutionary Guard Corps* (Apr. 8, 2019), *available at*: https://2017-2021.state.gov/designation-of-the-islamic-revolutionary-guard-corps/.

[24] *$601,426.19 of Funds Associated with Dynapex Energy Ltd.*, 2024 WL 4854310 at *1 ("The IRGC uses the proceeds from the distribution of Iranian oil products to fund its terror activities, including the proliferation of weapons of mass destruction, a variety of human rights abuses, and support for terrorism, at home and abroad . . . [i]ndeed, Iran's petrochemical and petroleum sectors are 'primary sources of funding' for the Iranian regime's global terrorist activities, and the IRGC-Qods Force (IRGC-QF) is the most prominent driver of those activities.").

25. Accordingly, the NIOC is an agency or instrumentality of Iran within the meaning of Section 201(a) of the Terrorism Risk Insurance Act. *See also Holladay v. Islamic Republic of Iran*, 523 F. Supp. 3d 100, 111 (D.D.C. 2021) (concluding that "NIOC is an agency or instrumentality of Iran" under 28 U.S.C. § 1603).

26. The Defendant Property was seized in connection with two wire transfers made in furtherance of the Shamkhani Network's operations:

27. On January 27, 2026, SEA LEAD initiated a wire transfer of $2,000,000 from its account at a foreign financial institution in Singapore to another SEA LEAD account at a separate foreign financial institution in Singapore, routed through a U.S. financial institution in New York. These funds were seized pursuant to a seizure warrant signed on or about February 3, 2026.

28. On February 2, 2026, SEA LEAD INDIA initiated a wire transfer of $400,000 from its account at a foreign financial institution to a SEA LEAD account at a foreign financial institution in Singapore, routed through a second U.S. financial institution in New York. These funds were seized pursuant to a seizure warrant signed on or about February 9, 2026.

## IV. Under TRIA, The Iranian Terrorism Victims Have An Interest in the Defendant Property.

29. TRIA provides that "[n]otwithstanding any other provision of law," those who hold judgments against a "terrorist party" may execute on the "blocked assets" of that terrorist party or its "agency or instrumentality" "to satisfy such judgment[s] to the extent of any compensatory damages." Pub. L. No. 107-297, § 201(a), 116 Stat. 2322, 2337 (2002), codified at 28 U.S.C. §1610 Note. TRIA thus overrides the civil-forfeiture statute and confers upon the Iranian Terrorism Victims a right to the Defendant Property that is superior to the Government's forfeiture claim.[25]

[25] *Est. of Levin v. Wells Fargo Bank, N.A.*, 156 F.4th 632, 643 n.1 (D.C. Cir. 2025).

30. The Iranian Terrorism Victims are judgment creditors of Iran as a direct result of Iran's acts of state-sponsored terrorism. TRIA entitles the Iranian Terrorism Victims to execute on the Defendant Property to satisfy those judgments[26], and this statutory entitlement confers upon the Iranian Terrorism Victims a possessory interest in the Defendant Property that permits them to bring the claims asserted here. To the extent the Defendant Property (or the proceeds of any sale) is not required to be transferred to the Iranian Terrorism Victims, it is required to be deposited into the United States Victims of State Sponsored Terrorism Fund for the benefit of all eligible U.S. victims of state-sponsored terrorism. *See* 34 U.S.C. § 20144(e)(2)(A).

31. In the context of a forfeiture action, at this stage of the proceedings, the Iranian Terrorism Victims need only "*allege* a colorable interest in the property."[27]

32. The Iranian Terrorism Victims satisfy—and indeed exceed—the "colorable interest" threshold. As set forth below, each element necessary to establish the Iranian Terrorism Victims' interest in the Defendant Property under TRIA is met:

a. First, as demonstrated above, the Iranian Terrorism Victims hold substantial judgments for compensatory damages against Iran based on acts of terrorism, entered under 28 U.S.C. § 1605A or its predecessor statute 28 U.S.C. § 1605(a)(7).

b. Second, Iran is a "terrorist party" because it has been designated as a state sponsor of terrorism under the Export Administration Act of 1979.[28]

c. Third, the Defendant Property constitutes assets of an agency or instrumentality of Iran. As set forth above, the Shamkhani Network, through SEA LEAD and its affiliate SEA LEAD INDIA, deals directly and indirectly with the National Iranian Oil Company ("NIOC"), sources products from NIOC, generates revenue for

---

[26] TRIA § 201(a).

[27] *U.S. v. $9,781,900.00 of Funds in the Name of Falcon Strategic Sols.*, --- F. Supp. 3d ---, 2025 WL 3470138, at *3 (D.D.C. Dec. 3, 2025) (quoting *United States v. Seventeen Thousand Nine Hundred Dollars ($17,900.00) in U.S. Currency*, 859 F.3d 1085, 1090 (D.C. Cir. 2017)) (emphasis in original).

[28] *See* TRIA § 201(d)(4); Exec. Order No. 13599, 77 Fed. Reg. 6659 (Feb. 5, 2012).

businesses owned and controlled by the Government of Iran, employs a significant number of support staff in Iran, and operates for the benefit of Iran and the Iranian government. The Shamkhani Network materially served Iran by facilitating the evasion of U.S. sanctions through the sale and shipment of Iranian petroleum products, and the Defendant Property is directly traceable to transactions conducted by and for the benefit of the Shamkhani Network.

d. Fourth, the Defendant Property constitutes "blocked assets" within the meaning of TRIA. Under TRIA, "[b]locked assets" include "any asset seized or frozen by the United States" under the Trading with the Enemy Act or the International Emergency Economic Powers Act ("IEEPA").[29] The United States has used its authority under IEEPA to block all property and interests in property of the Government of Iran, including the property of its agencies and instrumentalities, that are in the United States or within the possession or control of any United States person. [30]

e. The Defendant Property was seized by the United States after being routed through U.S. financial institutions in New York in connection with transactions conducted through SEA LEAD and its affiliate SEA LEAD INDIA by the Shamkhani Network—an agency or instrumentality of Iran—in furtherance of its operations to sell and ship Iranian petroleum products in violation of U.S. sanctions. Because those funds were seized by the United States pursuant to its sanctions enforcement authorities and are traceable to transactions conducted by and for the benefit of an agency or instrumentality of Iran, they constitute blocked assets within the meaning of TRIA.

33. Accordingly, in compliance with Rule G, the Iranian Terrorism Victims assert a claim against such portion of the Defendant Property as is necessary to satisfy the outstanding compensatory damages owed to the Iranian Terrorism Victims under their judgments against Iran, together with all accrued post-judgment interest, calculated as of the date the Defendant Property is valued for purposes of judgment.

* * *

[29] TRIA § 201(d)(2)(A).

[30] 31 C.F.R. §§ 510.211, 560 *et seq.*, 594.201(a)(5).

34. Pursuant to 28 U.S.C. § 983(a) and Rule G, the Iranian Terrorism Victims hereby assert a claim to the Defendant Property—as the property of an agency or instrumentality of Iran—that is senior to the Government's forfeiture claim. Congress enacted TRIA to ensure that victims of state-sponsored terrorism may recover against the assets of their terrorist attackers, and that statutory mandate overrides the Government's forfeiture authority. The Iranian Terrorism Victims respectfully request that this Court recognize their superior interest in the Defendant Property and direct that it be applied to satisfy their outstanding compensatory damages judgments against Iran. The Iranian Terrorism Victims reserve all rights and remedies available in law and equity to enforce their interest in the Defendant Property and to obtain the compensation to which they are entitled.

Dated: June 9, 2026

Respectfully submitted,

/s/ Aryeh S. Portnoy

Aryeh S. Portnoy, D.C. Bar No. 464507
John L. Murino, D.C. Bar No. 484818
Michael Williams, D.C. Bar No. 90006255

CROWELL & MORING LLP
600 Fifth St., N.W.
Washington, D.C. 20001
(202) 624-2500

*Attorneys for Claimants*

**CERTIFICATE OF SERVICE**

I hereby certify that on _____June 9, 2026_____________, I electronically filed the foregoing Verified Claim and Statement of Interest or Right in Property Subject to Forfeiture *In Rem* and its attachments, including Verification of Victims' Claims, via CM/ECF for the United States District Court for the District of Columbia and therefore caused it to be served on all parties registered for CM/ECF, including attorneys for the government, in the above-captioned matter.

Dated: June 9, 2026

/s/ *Aryeh S. Portnoy*
NAME

**VERIFICATION OF CLAIM**

I, Albert F. Pearson, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 02 June 2026

Signed by:
Albert F. Pearson
61A255F97BE84E3...

# VERIFICATION OF CLAIM

I, Angela Ann Pierce, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 02 June 2026

Signed by:
Angela Ann Pierce
1E0EB00BCCEF420...

# VERIFICATION OF CLAIM

I, Angela Estes, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 02 June 2026

Signed by:
431275502D14470...

**VERIFICATION OF CLAIM**

I, Berge Pechtimaldjian, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 04 June 2026

DocuSigned by:
Berge Pechtimaldjian
A1C637A1F4DD4CF...

**VERIFICATION OF CLAIM**

I, Bonnie Sue Hobson, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 03 June 2026

Signed by:
Bonnie Sue Hobson
5B0A93CA45604D0...

# **VERIFICATION OF CLAIM**

I, Brandi Hardy Plants, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 02 June 2026

Signed by:
Brandi Hardy Plants
2CEC7062D4B8410...

# VERIFICATION OF CLAIM

I, Catherine F. Schott Murray, Adm CTA, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 01 June 2026

Signed by:
Catherine F. Schott Murray, Adm CTA
36F4F750D65D4BD...

**VERIFICATION OF CLAIM**

I, Christa Gay De Gracia, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 01 June 2026

Signed by:
Christa Gay De Gracia
7B542B147B18423...

**VERIFICATION OF CLAIM**

I, Clara Leah Aliganga, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 01 June 2026

Signed by:
Clara Leah Aliganga
2CDAEA2539064C5...

**VERIFICATION OF CLAIM**

I, Darryl Christopher Freeman, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 01 June 2026

Signed by:
Darryl Christopher Freeman
1DABD52729AB4F9...

# VERIFICATION OF CLAIM

I, Deborah Hobson-Bird, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 03 June 2026

Signed by:
[signature]
430142EC6D984FA...

## VERIFICATION OF CLAIM

I, Dennis Arthur Bradley, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 02 June 2026

Signed by:
Dennis Arthur Bradley
04419651B26545B...

## VERIFICATION OF CLAIM

I, Dexter Lenar Baker, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 01 June 2026

Signed by:
Dexter Lenar Baker
188F136EDD8C409...

**VERIFICATION OF CLAIM**

I, DONALD WILLIAM LEWIS, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 02 June 2026

Signed by:
DONALD WILLIAM LEWIS
CD1CEDABAF1747F...

**VERIFICATION OF CLAIM**

I, Douglas Norman Klaucke, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 02 June 2026

Signed by:
Douglas Norman Klaucke
0B5F9BB5474D44C...

**VERIFICATION OF CLAIM**

I, Edith Lynn Bartley, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 04 June 2026

Signed by:
Edith Lynn Bartley
2877416201914BD...

## VERIFICATION OF CLAIM

I, Egambi Fred Kibuhiru Dalizu by Temina E. Dalizu Power of Attorney, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 02 June 2026

Signed by:

Egambi Fred Kibuhiru Dalizu by Temina E. Da

1D971D45DA7A448...

**VERIFICATION OF CLAIM**

I, Elizabeth D Weddle, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 02 June 2026

DocuSigned by:
Elizabeth D Weddle
0D4672B5524946B...

**VERIFICATION OF CLAIM**

I, Gary Pechtimaldjian, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 03 June 2026

DocuSigned by:
Gary Pechtimaldjian
DCA32FE90AB44D9...

## VERIFICATION OF CLAIM

I, James P O'Connor, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 02 June 2026

Signed by:
James P O'Connor
C329474D2AE544D...

**VERIFICATION OF CLAIM**

I, James Robert Klaucke, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 02 June 2026

Signed by:

3D5CA6C0B0BF403...

**VERIFICATION OF CLAIM**

I, Jewell Patricia Neal, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 02 June 2026

Signed by:
Jewell Patricia Neal
2593EF30AA7C45C...

## VERIFICATION OF CLAIM

I, John Jaramillo, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 03 June 2026

DocuSigned by:

D05D1027C5234E4...

**VERIFICATION OF CLAIM**

I, Joseph Paul Englehardt, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 02 June 2026

Signed by:
Joseph Paul Englehardt
94A0BAB58D544EB...

## VERIFICATION OF CLAIM

I, June Beverly Freeman, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 03 June 2026

Signed by:
June Beverly Freeman
0DA1B86A09474DC...

**VERIFICATION OF CLAIM**

I, Karen Marie Klaucke, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 02 June 2026

Signed by:

[signature]

8C8AECB8D578414...

Docusign Envelope ID: 94974BB5-7B8E-8E59-83EE-7FD910DC748C


# VERIFICATION OF CLAIM

I, Katherine Bradley Wright, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 04 June 2026

Signed by:
Katherine Bradley Wright
EA47326D91A8414...

**VERIFICATION OF CLAIM**

I, Kathleen Marie Ferrari, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 02 June 2026

Signed by:

4DF65D69080B4B2...

**VERIFICATION OF CLAIM**

I, Kevin Maurice McCray, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 03 June 2026

Signed by:
Kevin Maurice McCray
D7CF49449D4849C...

**VERIFICATION OF CLAIM**

I, Kimberly Ann Milling, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 02 June 2026

Signed by:

3E5CF67D36B2474...

**VERIFICATION OF CLAIM**

I, Angela Ann Pierce, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 02 June 2026

Signed by:
Angela Ann Pierce
1E0EB00BCCEF420...

# VERIFICATION OF CLAIM

I, Leo Rene Pezzi, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 02 June 2026

Signed by:
Leo Rene Pezzi
732C6FB92712471...

# VERIFICATION OF CLAIM

I, Levar Travis Freeman, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 01 June 2026

Signed by:
Levar T. Freeman
EC7BB9354AA64CF...

**VERIFICATION OF CLAIM**

I, Linda Bernabe Bradley, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 03 June 2026

DocuSigned by:
Linda Bernabe Bradley
4D8231F2FF5D486...

# VERIFICATION OF CLAIM

I, Lori Elaine Dalizu, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 02 June 2026

Signed by:
Lori Elaine Dalizu
81E423FBE45D430...

## VERIFICATION OF CLAIM

I, Maisha Kirk Humphrey, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 03 June 2026

Signed by:
Maisha Humphrey
8DFB5B2D8FD348E...

**VERIFICATION OF CLAIM**

I, Mangairu Vidija Dalizu, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 02 June 2026

DocuSigned by:
Mangairu Vidija Dalizu
AD62FA4DA8E64DF...

**VERIFICATION OF CLAIM**

I, Marsey Gayle Cornett, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 02 June 2026

Signed by:
Marsey Gayle Cornett
CFB0E14502C34E2...

**VERIFICATION OF CLAIM**

I, Martha Martin Ourso, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 02 June 2026

Signed by:
Martha Martin Ourso
9CE026D89B1647E...

**VERIFICATION OF CLAIM**

I, Mary Linda Sue Bartley, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 04 June 2026

Signed by:

[signature]

1FAF35EAB6CA449...

**VERIFICATION OF CLAIM**

I, MAYA PIA KAVALER, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 02 June 2026

Signed by:
Maya Pia Kavaler
8679F9FC2F7B47E...

**VERIFICATION OF CLAIM**

I, Meghan Elizabeth Hobson, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 03 June 2026

Signed by:

E3478C42A416468...

# VERIFICATION OF CLAIM

I, Melissa Ann Comelek, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 01 June 2026

Signed by:
Melissa Ann Comelek
531DE97DD74F432...

**VERIFICATION OF CLAIM**

I, Melissa Renee Allen, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 02 June 2026

Signed by:
Melissa Renee Allen
2FEDF46168D2469...

**VERIFICATION OF CLAIM**

I, Micaela Ann O'Connor, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 02 June 2026

Signed by:
Micaela Ann O'Connor
730656F1A3D947F...

**VERIFICATION OF CLAIM**

I, Michael Alan Wartell, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 02 June 2026

Signed by:

815C5E96369C4EF...

**VERIFICATION OF CLAIM**

I, Michael Hawkins Martin, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 02 June 2026

DocuSigned by:

DEE897C124CE4D0...

**VERIFICATION OF CLAIM**

I, Mildred Dolores Korn, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 02 June 2026

Signed by:

[signature]

3E5CF67D36B2474...

**VERIFICATION OF CLAIM**

I, Natalie Jaramillo Ortberg, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 02 June 2026

DocuSigned by:
Natalie Jaramillo Ortberg
B95FD7FE3B744DA...

# VERIFICATION OF CLAIM

I, Philip M. Faraci Jr., hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 01 June 2026

Signed by:
Philip M. Faraci Jr.
1DC87D57C40B456...

**VERIFICATION OF CLAIM**

I, Randell Doane, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 03 June 2026

DocuSigned by:
Randell Doane
4E54C6DCFAA34B6...

## VERIFICATION OF CLAIM

I, Rebecca Louise Jaramillo McCullough, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 02 June 2026

Signed by:

C312A8DB32CB434...

# VERIFICATION OF CLAIM

I, Renee Jean Essington, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 02 June 2026

Signed by:
Renee Jean Essington
1707A3E891644F0...

**VERIFICATION OF CLAIM**

I, Richard Martin Kavaler, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 03 June 2026

Signed by:
Richard Martin Kavaler
08EDBE3AD9BC4FE...

**VERIFICATION OF CLAIM**

I, Rikki Lynn Anglin, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 03 June 2026

Signed by:
Rikki Lynn Anglin
3E5CF67D36B2474...

# VERIFICATION OF CLAIM

I, Robert Essington Jr.; hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 01 June 2026

DocuSigned by:

3D367D0AB5654EF...

**VERIFICATION OF CLAIM**

I, Robert Kirk, Jr., hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 03 June 2026

Signed by:

[signature]

39BC44A4E7C5482...

## VERIFICATION OF CLAIM

I, Robert Michael Kirk, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 02 June 2026

Signed by:

Robert Michael Kirk

9D69C084D00040E...

**VERIFICATION OF CLAIM**

I, Ronald Pechtimaldjian, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 02 June 2026

DocuSigned by:
Ronald Pechtimaldjian
FCE3CD3D5FE54E7...

**VERIFICATION OF CLAIM**

I, Rosalia Theresa Pezzi, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 02 June 2026

Signed by:
Rosalia Theresa Pezzi
30D025DA41FA4FA...

# VERIFICATION OF CLAIM

I, Rose Corneal Freeman, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 02 June 2026

Signed by:
Rose Corneal Freeman
5035FDB13611435...

**VERIFICATION OF CLAIM**

I, Samuel Grant Wartel, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 02 June 2026

Signed by:

A33E1F83F58844A...

# VERIFICATION OF CLAIM

I, Sandra Lemke Englehardt, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 02 June 2026

Signed by:
Sandra Lemke Englehardt
94A0BAB58D544EB...

# VERIFICATION OF CLAIM

I, Stephen Harding Martin, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 03 June 2026

Signed by:
Stephen Harding Martin
AA4696BBFA884A6...

**VERIFICATION OF CLAIM**

I, Steven Jacob Nickel, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 01 June 2026

Signed by:
Steven Jacob Nickel
217DC4A799C340B...

# VERIFICATION OF CLAIM

I, Steven Timothy Kilburn, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 02 June 2026

Signed by:
Steven Timothy Kilburn
482C1E880A4C460...

## VERIFICATION OF CLAIM

I, Tara Colleen Vironda, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 02 June 2026

Signed by:
Tara Colleen Vironda
8D71CEC4C06A446...

**VERIFICATION OF CLAIM**

I, Tara Lia Kavaler, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 02 June 2026

Signed by:
Tara Lia Kavaler
9EA2D4D10B7C4B0...

**VERIFICATION OF CLAIM**

I, Temina Engesia Dalizu, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 02 June 2026

Signed by:
T. Dalizu
1D971D45DA7A448...

**VERIFICATION OF CLAIM**

I, William Klaucke, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 02 June 2026

DocuSigned by:

[signature]

9E2567775F424A0...

## VERIFICATION OF CLAIM

I, William Whildey Pearson II, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 02 June 2026

Signed by:
William Whildey Pearson II
AE2990DECFA24CF...

**VERIFICATION OF CLAIM**

I, yolanda freeman, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: 02 June 2026

DocuSigned by:
yolanda freeman
0C0157232AA0442...

# Verifications for Claimants identified in Exhibit 1 rows 91-387 filed UNDER SEAL