**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

UNITED STATES OF AMERICA,

          Plaintiff,

    -v-

$2,400,000 in funds on deposit at the U.S. )
Treasury, Account No. ****8183,

         Defendant.

Civ. A. No. 26-cv-00807-JMC

## <u>MOTION FOR WITHDRAWAL OF APPEARANCE</u>

Pursuant to Local Civil Rule 83.6(c), the undersigned moves to withdraw the appearance of Michael J. Baratz as counsel for Sea Lead Shipping Pte. Ltd. and Sea Lead Shipping Agency India Private Limited (together, "Sea Lead").  In support of this motion, Sea Lead states as follows:

1. The undersigned entered an appearance in this action as counsel for Sea Lead on May 22, 2026.  ECF No. 10.

2. Sea Lead filed a consent motion for an extension of time to file a claim in this proceeding on May 22, 2026, which motion was granted by the Court on May 26, 2026.  ECF No. 11.

3. Sea Lead filed a second consent motion for an extension of time to file a claim in this proceeding on June 26, 2026, which motion was granted by the Court on June 29, 2026.  ECF No. 17.

4. Sea Lead has not filed a claim in this proceeding and will not do so.  Thus, Sea Lead no longer requires representation in this proceeding.

5.      The withdrawal of counsel will not unduly delay trial of the case, nor be unfairly prejudicial to any party, nor otherwise be contrary to the interest of justice.

6.      Because Sea Lead has not filed a claim, Sea Lead is not a party to this proceeding. Thus, pursuant to Federal Rule of Civil Procedure 13(g), no cross-claim may be asserted against Sea Lead, and no response is required by Sea Lead to the cross-claim asserted by Claimants the Iranian Terrorism Victims against "all other claimants asserting an interest in the Defendant Property who appear in this action." *See* ECF No. 18 at 19-21.

Dated:  July 21, 2026

Respectfully Submitted,

By:  */s/ Michael J. Baratz*

Michael J. Baratz, D.C. Bar No. 480607
**Steptoe LLP**
1330 Connecticut Avenue, NW
Washington, DC 20036
Telephone: (202) 429-3000
Fax: (202) 429-3902
mbaratz@steptoe.com

*Counsel for Sea Lead Shipping Pte. Ltd. and Sea Lead Shipping Agency India Private Limited*

2

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 21st day of July, 2026, a true and accurate copy of the foregoing was filed via CM/ECF for the United States District Court for the District of Columbia and therefore caused it to be served on all parties registered for CM/ECF, including attorneys for the Government, in the above-captioned matter.

/s/ Michael J. Baratz
Michael J. Baratz